UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 SEP 24 P 1: 29

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATOYA N. JOSEPH and
VERONICA A. WILSON,

    Defendants.

Case No.
[18 U.S.C. §§ 2, 1001, 1343,
42 U.S.C. § 408(a)(3)]

**19-CR-169**

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. At all times relevant to this indictment:

    a. Defendant Latoya N. Joseph ("Joseph") resided in Milwaukee, Wisconsin and was the owner and operator of Jannah Home Health Care, LLC ("Jannah").

    b. Jannah was a home health business providing personal care services primarily to Medicaid recipients in the Milwaukee area.

    c. Defendant Veronica A. Wilson ("Wilson") resided in Milwaukee, Wisconsin. Wilson applied for and obtained benefits from the Social Security Administration ("SSA") as a disabled individual.

    d. To be eligible for Social Security Disability benefits, an individual must be unable to engage in Substantial Gainful Activity (SGA). This requirement limits the amount of money a recipient may earn on a monthly basis and still be eligible for Social Security Disability benefits.

e. Based on the SGA limitations, to continue to receive Social Security Disability benefits for the years 2013 – 2015, Wilson could not have monthly income exceeding $1,040, $1,070, and $1,090, respectively.

f. Wilson was also required to notify SSA if she received monthly income exceeding these thresholds.

2. Beginning in approximately June 2013 and continuing until approximately June 2016, in the State and Eastern District of Wisconsin and elsewhere,

**LATOYA N. JOSEPH and**
**VERONICA A. WILSON,**

with the intent to defraud, knowingly devised and carried out a scheme to defraud the Social Security Administration and to obtain money from SSA by means of materially false and fraudulent pretenses and representations (the "scheme"), which scheme is further described below.

3. For purposes of carrying out this scheme, Joseph and Wilson used and caused the use of interstate wire communications, including the interstate transfer of funds from SSA to Wilson.

4. The defendants' scheme to defraud was essentially as follows:

a. In approximately June 2013, Joseph hired Wilson to work at Jannah. At that time, Wilson was receiving Social Security Disability benefits.

b. To allow Wilson to continue to receive disability benefits, Joseph agreed to pay a portion of Wilson's salary "under-the-table" and to limit the reported amount Jannah paid Wilson to $1,000 per month.

c. To conceal the under-the-table payments to Wilson, Joseph paid Wilson by issuing checks on her personal account.

2

d.  During a review of her eligibility for Social Security Disability benefits in 2015, Wilson falsely told SSA representatives that she only worked at Jannah approximately 10 hours per week and was paid only $1,000 per month.

e.  After SSA contacted Joseph concerning Wilson's employment, SSA mailed Joseph a "Work Activity Questionnaire" to complete and return. On this form, Joseph falsely stated that Wilson was paid only $500 every two weeks.

5.  Based on this scheme, Wilson received more than $40,000 in Social Security Disability benefits to which she was not entitled.

## COUNTS ONE THROUGH FOUR

### (Executions of the Scheme)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the following dates, in the State and Eastern District of Wisconsin and elsewhere,

**LATOYA N. JOSEPH and
VERONICA A. WILSON,**

for purposes of executing their scheme to defraud SSA and to obtain money from SSA by means of material false and fraudulent pretenses and representations, and attempting to do so, knowingly and with intent to defraud, used and caused the use of interstate wire communications as described below:

| Count | Date | Description of execution |
|---|---|---|
| One | 12/03/13 | To make Wilson's monthly disability payment, SSA in Baltimore, MD initiates a series of wire transmissions that culminate in the wiring of $918.00 from the Federal Reserve Bank in East Rutherford, NJ to Veronica Wilson's bank account in Denver, CO |
| Two | 12/3/14 | To make Wilson's monthly disability payment, SSA in Baltimore, MD initiates a series of wire transmissions that culminate in the wiring of $933.00 from the Federal Reserve Bank in East Rutherford, NJ to Veronica Wilson's bank account in Denver, CO |
| Three | 12/3/15 | To make Wilson's monthly disability payment, SSA in Baltimore, MD initiates a series of wire transmissions that culminate in the wiring of $951.00 from the Federal Reserve Bank in East Rutherford, NJ to Veronica Wilson's bank account in Denver, CO |
| Four | 6/3/16 | To make Wilson's monthly disability payment, SSA in Baltimore, MD initiates a series of wire transmissions that culminate in the wiring of $951.00 from the Federal Reserve Bank in East Rutherford, NJ to Veronica Wilson's bank account in Denver, CO |

Each in violation of Title 18, United States Code, Sections 2 and 1343.

4

Case 2:19-cr-00169-PP   Filed 09/24/19   Page 4 of 6   Document 1

## COUNT FIVE

### (False Statement)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 5, 2015, in the State and Eastern District of Wisconsin,

**LATOYA N. JOSEPH**

did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating, in a "Work Activity Questionnaire" submitted to the Social Security Administration in Milwaukee, Wisconsin, that she paid her employee, Veronica Wilson, just "$500 biweekly," when in fact, as she well knew, she paid Wilson additional amounts "under the table."

In violation of Title 18, United States Code, Section 1001.

## COUNT SIX

### (False Statement)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 26, 2015, in the State and Eastern District of Wisconsin,

**VERONICA WILSON**

made a false statement and representation of a material fact for use in determining rights to payment under United States Code Title 42, Chapter 7, Subchapter II; specifically, in a "Work Activity Report" (SSA Form 821-BK), she stated that she did not receive any additional payments or benefits from her employer beyond those listed, when in fact, as she well knew, she did receive additional payments from her employer "under the table."

In violation of Title 42, United States Code, Section 408(a)(3).

A TRUE BILL:

███████████████

FOREPERSON

Dated: Sept. 24th, 2019

_____
MATTHEW D. KRUEGER
United States Attorney

6